FILED

APR 2 2024

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| UNITED STATES OF AMERICA, | Criminal No. 5:24-cr-7 |
|---|---|
| v. | Violations: |
| TABIB BROOMFIELD, aka "Fatboy," | 21 U.S.C. § 841(a)(1) |
| Defendant. | 21 U.S.C. § 841(b)(1)(C) |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Distribution of Cocaine)

On or about December 6, 2023, in Ohio County, in the Northern District of West Virginia, defendant **TABIB BROOMFIELD, aka "Fatboy"** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

(Distribution of Fentanyl)

On or about December 6, 2023, in Ohio County, in the Northern District of West Virginia, defendant **TABIB BROOMFIELD, aka "Fatboy"** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

(Distribution of Cocaine Base)

On or about December 7, 2023, in Ohio County, in the Northern District of West Virginia, defendant **TABIB BROOMFIELD, aka "Fatboy"** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

(Distribution of Fentanyl)

On or about December 7, 2023, in Ohio County, in the Northern District of West Virginia, defendant **TABIB BROOMFIELD, aka "Fatboy"** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853, and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense.

A True Bill,

/s/_____
Grand Jury Foreperson


/s/_____
WILLIAM IHLENFELD
United States Attorney


Carly C. Nogay
Assistant United States Attorney