AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

United States of America
v.

TABIB BROOMFIELD,
aka "Fatboy,"
8543199
2487-0402-0534-Z

Defendant

Case No. 5: 24-CR- 7

RECEIVED
By PTaylor at 2:57 pm, Apr 02, 2024

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TABIB BROOMFIELD, aka "Fatboy,",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

- Distribution of Cocaine
- Distribution of Fentanyl
- Distribution of Cocaine Base

Date: 04/02/2024

*Issuing officer's signature*

City and state: Wheeling, West Virginia

JAMES P. MAZZONE, US MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 04/02/2024 , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

For: DEA
*Printed name and title*